| Attorney or Party without Attorney:<br>Edward Y. Kroub<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY 10281<br>Telephone No: 212-595-6200    FAX No: 212-595-9700 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff(s): Isabel Taveras, et al | | | | |
| Defendant: Soojian, Incorporated | | | | |
| **PROOF OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV04439RA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:  Soojian, Incorporated
   b. Person served:  Joseph Doerr, Agent for Service

4. Address where the party was served:  5200 N. Palm Avenue, Suite 404
   Fresno, CA  93704

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jun. 17, 2022 (2) at: 11:04AM

7. **Person Who Served Papers:**
   a. Brian Turner
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    S201710000040
      (iii) County:    Fresno

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Jun. 17, 2022

   (Brian Turner)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE
                                                 Summons and Complaint                          edykro.234847