

# THOMPSON & SKRABANEK, PLLC

NEW YORK

42 W. 38TH STREET, SUITE 1002, NEW YORK, NY 10018 | (646) 568-4280 | CONTACT@TS-FIRM.COM

July 18, 2022

**Via ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

<em>Taveras v. Soojian, Inc.</em><br>
Civil Action No. 1:22-cv-04439-RA

Dear Judge Abrams:

 My firm has recently been engaged to represent the Defendant in the above-referenced case. Pursuant to Rules 1(A) and 1(D) of Your Honors' Individual Rules and Practices in Civil Cases, we write jointly with Plaintiff's counsel to seek the Court's permission to stipulate to and extend Defendant's time to answer or otherwise respond.

 We propose a deadline of <u>Friday, August 12, 2022</u>. The parties agree that this will allow adequate time for meaningful settlement discussions.

 Plaintiff's counsel has reviewed and approved this letter. In exchange for such consent, Defendant hereby waives the defense of insufficient service of process, while reserving all other rights and defenses. This is the first application of this nature in this matter.

 Thank you for your consideration of this request.

Respectfully submitted,<br><br>
John J. Thompson, Esq.<br>
THOMPSON & SKRABANEK, PLLC

42 W. 38th Street, Suite 1002,
New York, NY 10018
T: (646) 568-4280 ext. 701
M: (206) 920-3018
jt@ts-firm.com

cc: Plaintiff's counsel (*via ECF*)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
7/19/22

2