

William J. Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Wdownes@mizrahikroub.com
www.mizrahikroub.com

July 25, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square.
New York, NY 10007

      Re:    *Taveras v. Soojian, Incorporated*; Case No. 1:22-cv-4439-RA

Dear Judge Abrams:

      We represent plaintiff Isabel Taveras ("Plaintiff") in the above-referenced action. We submit this joint letter on behalf of all parties in accordance with the Court's June 10, 2022 Order requiring the parties to either request a referral to mediation or a magistrate judge, or that the Court schedule an initial conference.

      Both parties are amenable to mediation through the district's court-annexed mediation program. However, the parties are also interested in trying to settle this case independently before utilizing the Court's recourses. Accordingly, the parties request that the Court refer this case to mediation on August 11, assuming the parties do not advise the Court that a settlement has already been reached before that date.

      Thank you for your consideration in this matter.

                                    Respectfully submitted,
                                    */s/ Edward Y. Kroub*
                                    EDWARD Y. KROUB

                                    */s/ John J. Thompson*
                                    JOHN J. THOMPSON

cc:    All Counsel of Record (via ECF)